# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| AMEC Foster Wheeler Environment ) | ASBCA No. 60517 |
| & Infrastructure, Inc. ) | |
| ) | |
| Under Contract No. N33191-09-D-0118 ) | |

APPEARANCE FOR THE APPELLANT:   David A. Rose, Esq.
                                Moser Rose, LLP
                                Valdosta, GA

APPEARANCES FOR THE GOVERNMENT:  Ronald J. Borro, Esq.
                                Navy Chief Trial Attorney
                                David L. Koman, Esq.
                                Assistant Director

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 7 November 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60517, Appeal of AMEC Foster Wheeler Environment & Infrastructure, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals